**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____    Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Dominion Group, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2938609** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **635 Highlandia Avenue, Suite A**<br>**Baton Rouge, LA 70810** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **East Baton Rouge** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)     **www.dominiongp.com**

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Dominion Group, LLC**
_____     Case number (*if known*) _____
          Name

---

**7.  Describe debtor's business**          A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4832__

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

---

| Debtor | **Dominion Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11.** **Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Dominion Group, LLC** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  3, 2019**
MM / DD / YYYY

**X** **/s/ Joe William Cline, III**                                   **Joe William Cline, III**
Signature of authorized representative of debtor          Printed name

Title    **Manager of Dominion Group LLC**

---

**18. Signature of attorney**

**X** **/s/ Robin B. Cheatham**                          Date    **September  3, 2019**
Signature of attorney for debtor                                   MM / DD / YYYY

**Robin B. Cheatham 4004**
Printed name

**Adams and Reese LLP**
Firm name

**701 Poydras Street,Suite 4500**
**New Orleans, LA 70139**
Number, Street, City, State & ZIP Code

Contact phone    **504-581-3234**          Email address    **robin.cheatham@arlaw.com**

**4004 LA**
Bar number and State

## ACTION BY UNANIMOUS WRITTEN CONSENT OF
## THE MEMBERSOF DOMINION GROUP, LLC, a limited liability company

### September 3, 2019

The undersigned Members of Dominion Group, LLC, a Louisiana limited liability company (the "Company"), acting in such capacity and acting in such capacity and exercising the powers granted to them in the Operating Agreement of the Company, do hereby (i) as of September 3, 2019 (the "Effective Date") consent to and adopt the resolutions set forth herein, which resolutions shall have the same force and effect as if adopted by unanimous affirmative vote at a meeting of the Company Members, respectively, duly called and held; (ii) waive all requirements of notice; and (iii) direct that this Action by Unanimous Written Consent be filed with the minutes of the proceedings of the Company.

**RESOLVED**, that in the judgment of the Members, it is desirable and in the best interest of the Company, its creditors and other interested parties, that a Voluntary Petition under Chapter 11 of the Bankruptcy Code be filed;

**BE IT FURTHER RESOLVED**, that Joe William Cline, sole member of Dominion Materials, LLC, Member of the Company and Wesley David Robert, sole member of Baranof Strategic Services, LLC, Member of the Company, be and are hereby authorized and directed individually or jointly, on behalf of and in the name of the Company, to execute and verify said Petition under Chapter 11 of the Bankruptcy Code, in such form as may be recommended by counsel for the Company, and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Bankruptcy Court").

**BE IT FURTHER RESOLVED**, that Adams and Reese LLP be and is hereby retained as counsel for the Company and is authorized to file all petitions, applications, affidavits, statements, schedules, lists and other necessary documents and to take any and all other actions that the Company deems necessary or appropriate in connection with the proceedings filed in accordance with Chapter 11 of the Bankruptcy Code.

**BE IT FURTHER RESOLVED** that Chiron Advisory Services LLC be and is hereby retained as financial services provider to the Company and is authorized and directed to assist the Company in (i) preparation of financial forecast models, cash budgets, monthly operating reports, petitions, schedules, liquidation analyses, and financial statements related to the preparation of tax returns; (ii) performing bookkeeping, reporting, and other related financial and accounting tasks; (iii) reconciling budgets; (iv) reviewing proofs of claim and determining whether to object to said proofs of claim; (v) preparing a waterfall analysis in connection with any sales of the Company's assets; (vi) making distributions as approved by the Bankruptcy Court; (vii) preparing final reports and related documents needed to complete the administration of the Company's bankruptcy case; (viii) testify as a witness in any proceedings before the Bankruptcy Court; and (ix) otherwise assisting the Company and its other professionals and advisors as requested by the Company.

**BE IT FURTHER RESOLVED** Chiron Financial LLC be and is hereby retained as the exclusive investment banker for the Company and is authorized and directed to assist the Company in restructuring the Company's capital structure, raising capital, whether in the form of debt or equity, arranging for debtor-in-possession financing, and/or selling some or substantially all of the Company's assets.

Dated:  September 3, 2019

MEMBERS:

JOE WILLIAM CLINE, III, as sole member of Dominion Materials, LLC, member of Dominion Group, LLC

WESLEY DAVID ROBERT, as sole member of Baranof Strategic Services, LLC, member Dominion Group, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **DOMINION GROUP, LLC** | § | **CASE NO. 19-_____** |
| | § | |
| **Debtor** | § | **CHAPTER 11** |
| | § | |
| | § | |

## DECLARATION OF JOE CLINE IN SUPPORT OF
## DEBTOR'S BANKRUPTCY PETITION

I, Joe William Cline, III, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information and belief:

1.     I am the Chief Executive Officer (CEO) of Dominion Group, LLC ("Dominion"), and Cape Quarry, LLC ("Cape Quarry") (collectively, "Debtors") and have held said position since September 11, 2017.

2.     As CEO of the Debtors, I have extensive knowledge of the Debtors' operations and financial condition from at least September 11, 2017 to present.

3.     Dominion is a turn-key bulk materials producer and provider, which operates marine terminals and provides transportation and logistics support serving businesses on the Mississippi River and Gulf Coast.

4.     Dominion is one of the few fully integrated limestone producers in the Mississippi River Valley/Gulf Coast market. Dominion has strategically located terminals in Southern Louisiana to service its customers for the current industrial infrastructure demand and growing future opportunities in coastal restoration. The location of these terminals gives the debtor a distinct advantage over its competitors.

5. Cape Quarry, a wholly-owned subsidiary of Dominion, owns and operates a limestone quarry (herein after, the "Quarry") in Cape Girardeau County, Missouri. Mr. Cline formed both Dominion and Cape Quarry on September 11, 2017.

6. The Quarry is the southern-most location on the Mississippi River that produces limestone. This results in giving the company a competitive advantage in lower transportation and logistical costs. The operational life of the quarry is in excess of 50 years given its substantial proven recoverable reserves.

7. The Debtors' businesses were built to become a completely vertically integrated limestone distributor by self-performing all aspects of the business operations from mining, processing, marine freight, logistics, unloading, stockpiling, marketing, retail and final mile delivery to the client. Dominion is currently poised to bring on line several additional terminals servicing major construction projects and team with local vendors in the effort to further vertically integrate the company.

**Goals for Chapter 11 Filing**

8. The intent of the Chapter 11 is to provide sufficient capital to a viable business operation. The company currently has a backlog of approximately $6.5MM in addition to outstanding bids in excess of $400MM of products delivered over several years. The Debtors have opportunities from several strategic capital providers to make an investment that will allow the company to operate in a large-scale professional manner. The Chapter 11 restructuring will provide for settlement of various matters, working capital, and long-term capital.

9. With the proper capitalization, the Debtors are both well positioned to be an industry leader in the aggregates and marine logistics industry. As previously stated, Cape Quarry is the southernmost limestone quarry on the Mississippi River, which gives Dominion and Cape

Quarry a significant advantage over competitors. Cape Quarry's close proximity to petrochemical and other industrial sites allows Dominion to reduce transportation costs to Mississippi River clients. Further, Dominion has already secured multiple purchase orders for material pending reorganization. There is significant opportunity to service petrochemical and other industrial projects scheduled to begin work. Dominion, since its recent inception, has been able to develop and maintain numerous relationships. As a result, the debtor is being considered for and is negotiating multi-year contracts with multi-national and Fortune 500 companies for industrial and construction related projects with several opportunities in excess of hundred million dollars per year.

10.     Moreover, the State of Louisiana, through the Coastal Restoration and Protection Agency (hereinafter, the "CPRA") is investing heavily in coastal protection, which utilizes a variety of aggregate materials for use in shoreline protection, levee and other infrastructure works. Cape Quarry is capable of producing such material, and business development efforts are underway with the CPRA to source Cape Quarry material.

11.     The Debtors filed for relief under the Bankruptcy Code in an effort to allow the Debtors to refinance its secured debt and to provide sufficient capital to complete the Debtors' initial capitalization and to bring the Debtors' operations to the optimal levels in order for the Debtors to realize the significant value of the Quarry's reserves, which represent the substantial assets of the Debtors, for the benefit of all constituents with an interest in the success of the Debtors' reorganization.

12.     Prior to forming Dominion and Cape Quarry, I was a founding member and co-owner of Five S Aggregate, LLC, Five S Developments, LLC, Five S Group, LLC, Five S Industrial, LLC, and Five S Transport, LLC (hereinafter, "Five-S Companies"). The Five-S

companies are engaged in the sale of aggregates, site civil prep work, concrete work, heavy hauling, and real estate development.  Under my leadership, the Five-S Companies generated approximately $30,000,000 of revenue a year.

13.      Despite my best efforts, a dispute between my former business partner and I arose regarding the direction and management of the Five-S Companies.  I decided it was in my best interest to leave the Five-S Companies and start Dominion and Cape Quarry

14.      My former business partner and I agreed to dissolve my ownership of the Five S Companies by way of a Redemption Agreement (hereinafter, the "Agreement").  The Agreement took months of extensive negotiations, three separate Memorandums of Understanding (hereinafter, "MOUs"), which were not honored by my former business partner, and extensive legal fees were incurred as a result.

15.      The Agreement was ultimately executed and became effective on October 13, 2017.  It was expected that upon the redemption of my ownership interest in the Five-S Companies, I would receive adequate funding to start my new businesses, which did not immediately materialize.

16.      The Agreement provided, in part, upon the execution of the Agreement, that I would receive $1,700,000 from my former business partner.  My former business partner delayed payment for several months causing additional capital shortage.

17.      Furthermore, the Agreement provided, in part, upon closing, that I would receive property valued at approximately $1,000,000.00-$1,500,000.00 upon the execution of the Agreement.  Nevertheless, my former business partner did not transfer the property, which is now the subject of the lawsuit.  Only recently has my former business partner offered to transfer the

property; however, at this point it has been significantly devalued based upon the land being materially altered.

18.     Litigation ensued between my former business partner and I, which is still ongoing. During the course of the litigation, my former business partner asserted unfounded tort claims against me.

19.     By failing to honor the Agreement, dragging on the litigation and asserting unfounded claims in the litigation, my former business partner created a condition whereby: a) I was without sufficient capital to begin my new ventures; b) I was unable to obtain credit from typical lenders in order to provide sufficient capital to begin my new ventures; and c) I was forced to divert personal funds from the capitalization of the Debtors in order to attempt to resolve the dispute with my former partner.

20.     All of the above, caused the Debtors to lose valuable business contacts and relationships.  The Debtors lacked business continuity, credit, financing, bonding, and other industry performance indicators that are only achieved over time.

21.     Despite this, the Debtors continued moving forward to becoming fully operational, using personal funds as capital.  Once the Debtors' operations began, the Debtors' start-up costs to bring the Quarry to an operational state and other costs associated with terminal developments drew from limited capital as result of the initial capitalization plan not materializing for reasons stated above.

22.     As a result, the Debtors were unable to timely pay contractors, which lead to work stoppage and additional litigation.

23.     Further complicating matters, the Mississippi River was faced with record flooding in 2018/2019.  The flooding caused Mississippi River traffic to be halted to the point where

deliveries for customers that relied on the river for business were delayed.  Most importantly, the flooding caused many customers to shut their terminals down until the water receded, thus significantly reducing revenue.

24.     As a result, the Debtors were unable to pay their secured and unsecured creditors, and additional litigation ensued.

25.     In order provide the Debtors with sufficient capital moving forward, prior to filing for bankruptcy protection, the Debtors engaged Chiron Advisory Services, LLC ("Chiron Advisory") as financial adviser and Chiron Financial, LLC ("Chiron Financial") (collectively "Chiron") as exclusive investment banker.

26.     Chiron's job, inter alia, is to examine the Debtors' financials and work with the Debtors to determine the best path to obtaining adequate financing.  After discussions with Chiron and counsel, it was determined that the best means to obtain financing and reduce costs associated with litigation would be to seek debtor-in-possession financing.

By: Joe William Cline, III, Manager of Dominion Group, LLC

**Fill in this information to identify the case:**

Debtor name    **Dominion Group, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 3, 2019**     X **/s/ Joe William Cline, III**
                                              Signature of individual signing on behalf of debtor

                                             **Joe William Cline, III**
                                             Printed name

                                             **Manager of Dominion Group LLC**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Dominion Group, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Commercial Barge Line Attention: Sam Williams P. O. Box 610 Jeffersonville, IN 47130** | | | | | | $89,663.24 |
| **Bottom Line Equipment LLC P. O. Box 81217 Lafayette, LA 70598** | | | | | | $35,689.79 |
| **Breazeale, Sachse & Wilson, LLC Twenty-Third Floor One American Place P. O. Box 3197 Baton Rouge, LA 70821** | | | **Disputed** | | | $119,124.68 |
| **CAT Commercial Account P. O. Box 978595 Dallas, TX 75397** | | | | | | $16,778.69 |
| **CEMUS 1210 Airline Hwy Baton Rouge, LA 70805** | | | | | | $177,500.00 |
| **CGB-Waterfront Marine Services 23476 Network Place Chicago, IL 60673** | | | | | | $38,640.00 |
| **Construction Aggregate Supply Luhr Bros, Inc. P. O. Box 50 Columbia, IL 62236** | | | | | | $15,564.59 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Dominion Group, LLC** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Cooper Consolidated, LLC 28586 Network Place Chicago, IL 60673 | | | | | | $91,568.00 |
| Donahue Patrick & Scott, PLLC 450 Laurel Street, Suite 1600 Baton Rouge, LA 70801 | | | | | | $166,653.66 |
| FMT P. O. Box 203351 Dallas, TX 75320 | | | | | | $90,684.92 |
| Gavillon Agriculture, LLC 1331 Capitol Avenue Omaha, NE 68102 | | | | | | $37,500.00 |
| Harry Robert Insurance 725 E. Cornerview St. Gonzales, LA 70737 | | | | | | $37,208.76 |
| John Credit Inc. John Deere Financial P. O. Box 650215 Dallas, TX 75265 | | | | | | $36,797.47 |
| Lord & Winter David Winter 1720 Nottingham Place Nashville, TN 37221 | | | | | | $17,496.95 |
| Louisiana Department of Revenue 617 North Third Street Baton Rouge, LA 70802 | | | | | | $32,000.00 |
| Louisiana Marine Operators, LLC 2302 E. Main St. Broussard, LA 70518 | | | Disputed Subject to Setoff | | | $347,278.60 |
| Louisiana Workforce Commission 1001 N 23rd Street Baton Rouge, LA 70802 | | | | | | $14,323.72 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Dominion Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Postlethawaite & Netterville, APAC 8550 United Plaza Baton Rouge, LA 70809** | | | | | | **$42,675.00** |
| **Siboney 1450 Centrepark Blvd, Suite 100 West Palm Beach, FL 33401** | | | | | | **$303,804.32** |
| **Tricon Steamship Agency, Inc. 226 Eastbank Dr. Suite A Gonzales, LA 70737-4840** | | | | | | **$40,040.00** |

## United States Bankruptcy Court
### Eastern District of Louisiana

In re    __Dominion Group, LLC_____    Case No. _____

                                        Debtor(s)        Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of Dominion Group LLC of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __September  3, 2019_____      __/s/ Joe William Cline, III_____

                                              __Joe William Cline, III__/Manager of Dominion Group LLC
                                              Signer/Title

American Commercial Barge Line
Attention:  Sam Williams
P. O. Box 610
Jeffersonville, IN 47130


American Rigging
555 Choctaw Dr
Baton Rouge, LA 70805


Ardaman & Associates
316 Highlandia Dr.
Baton Rouge, LA 70810


Associated Builders and Constractors
19251 Highland Road
Baton Rouge, LA 70809


Baton Rouge Business Report
9029 Jefferson Highway Suite 300
Baton Rouge, LA 70809


Blue Cross Blue Shield
5525 Reitz Avenue
Baton Rouge, LA 70809


Bottom Line Equipment LLC
P. O. Box 81217
Lafayette, LA 70598


Bowser Morner
P. O. Box 51
Dayton, OH 45401


Breazeale, Sachse & Wilson, LLC
Twenty-Third Floor
One American Place
P. O. Box 3197
Baton Rouge, LA 70821


Businelle Towing Corporation
28805 Intracoastal Road
Plaquemine, LA 70764

BXS Insurance
P. O. Box 3809
Baton Rouge, LA 70821


Cape Quarry, LLC
635 Highlandia Ave, Suite A
Baton Rouge, LA 70810


Cargo Carriers
P. O. Box 5608
Minneapolis, MN 55440


CAT Commercial Account
P. O. Box 978595
Dallas, TX 75397


Celtic Capital Corporation
23622 Calabasas Rd., Suite 323
Calabasas, CA 91302


CEMUS
1210 Airline Hwy
Baton Rouge, LA 70805


CGB-Waterfront Marine Services
23476 Network Place
Chicago, IL 60673


Construction Aggregate Supply
Luhr Bros, Inc.
P. O. Box 50
Columbia, IL 62236


Cooper Consolidated, LLC
28586 Network Place
Chicago, IL 60673


Corrents Trucking
2600-2798 American Way
Port Allen, LA 70767


Dennis Stewart
P. O. Box 78069
Baton Rouge, LA 70837

Donahue Patrick & Scott, PLLC
450 Laurel Street, Suite 1600
Baton Rouge, LA 70801


Downtown Duplicating, LLC
1445 Main street
Baton Rouge, LA 70802


Ed Prejean
1222 E. Cornerview St.
Gonzales, LA 70737


Favor Trucking, LLC
through its registered agent
Lewis Wallace
24644 Cook Rd. OFC
Slaughter, LA 70777


Fed Ex
through its registered agent
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816


First Insurance Funding
P. O. Box 7000
Carol Stream, IL 60197


FMT
P. O. Box 203351
Dallas, TX 75320


Gaubert Oil Co.
P. O. Box 310
Thibodaux, LA 70301


Gavillon Agriculture, LLC
1331 Capitol Avenue
Omaha, NE 68102


Harry Robert Insurance
725 E. Cornerview St.
Gonzales, LA 70737

Integrity Black Lake
P. O. Box 9605
Corpus Christi, TX 78649


Joe William Cline, III
16139 Feliciana Avenue
Prairieville, LA 70769


John Credit Inc.
John Deere Financial
P. O. Box 650215
Dallas, TX 75265


JRC Marine LLC
318 Honeysuckle Vine Dr.
Richmond, TX 77469


LH Concrete Services
1004 Parent Street
New Roads, LA 70760


Lord & Winter
David Winter
1720 Nottingham Place
Nashville, TN 37221


Louisiana Department of Revenue
617 North Third Street
Baton Rouge, LA 70802


Louisiana Marine Operators, LLC
2302 E. Main St.
Broussard, LA 70518


Louisiana Workforce Commission
1001 N 23rd Street
Baton Rouge, LA 70802


Mike Yglesias
10444 Greenwell Springs
Baton Rouge, LA 70814


Morel G. Lemoine Distributors, Inc.
1932 Hospital Rd
New Roads, LA 70760

Pelican View Properties
through its registered agent
Lori Encalade
635 Highlandia Drive
Baton Rouge, LA 70810


Postlethawaite & Netterville, APAC
8550 United Plaza
Baton Rouge, LA 70809


Siboney
1450 Centrepark Blvd, Suite 100
West Palm Beach, FL 33401


St. Gabriel Hardware
2045 Highway 30
Saint Gabriel, LA 70776


System Scale Corporation
P. O. Box 733482
Dallas, TX 75373-3482


Tricon Steamship Agency, Inc.
226 Eastbank Dr. Suite A
Gonzales, LA 70737-4840


Wesley David Robert
7355 Woodstock Drive
Baton Rouge, LA 70809