**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § | |
| **DOMINION GROUP, LLC** | § § § | CASE NO. 19-12366 |
| **CAPE QUARRY, LLC.** | § § § | CASE NO. 19-12367 |
| Debtors | § § | (JOINT ADMINISTRATION REQUESTED) |

## DEBTORS' MOTION FOR JOINT ADMINISTRATION

*NOW INTO COURT,* through undersigned counsel, come, Dominion Group, LLC ("Dominion Group") and Cape Quarry, LLC ("Cape Quarry") (each a debtor and debtor-in-possession, individually referred to herein as a "Debtor" and collectively referred to herein as the "Debtors"), and file their Motion for Joint Administration and, in support thereof, respectfully represent as follows:

### I. JURISDICTION AND VENUE

1.

This Court has jurisdiction by virtue of 28 U.S.C. §§ 157, 1334. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2).

2.

Venue of the Debtors' Chapter 11 cases is proper in this district pursuant to 28 U.S.C. §§ 1408(1) and (2).

1

## II. BACKGROUND

3.

On September 3, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code").

4.

The Debtors remain in possession of their property and are managing their businesses as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

5.

No trustee has been appointed and no official committee has been established in those cases.

6.

The Debtors refer the Court to the Declarations of Joe William Cline, III in support of Debtor's Bankruptcy Petition [both Doc. No. 1] in Dominion Group and Cape Quarry's respective bankruptcy proceedings, for a discussion of the factual background and circumstances surrounding the Debtors' commencement of this Chapter 11 case, which is incorporated herein by reference.

## RELIEF REQUESTED

7.

The Debtors seek orders directing the joint administration of their chapter 11 cases for procedural purposes only, pursuant to Federal Rule of Bankruptcy Procedure 1015(b). Rule 1015(b) provides, in relevant part:

> If a joint petition or two or more petitions are pending in the same court or against … a debtor and an affiliate, the court may order a joint administration of the estates.

8.

The Debtors submit that joint administration of their cases will obviate the need for duplicative notices, motions, applications and orders, and thereby save considerable time and expense for the Debtors and their estates.

9.

The rights of respective creditors of the Debtors will not be adversely affected by the proposed joint administration because the Debtors will continue as separate and distinct legal entities and separate books and records will continue to be maintained for each. Moreover, each creditor may still file its claim against a particular estate. In fact, the rights of all creditors will be enhanced by the reduction in costs resulting from the joint administration. The Court will also be relieved of the burden of entering duplicative orders and maintaining redundant files. Finally, supervision of the administrative aspects of these Chapter 11 cases by the Trustee of the United States will be simplified.

10.

The interests of the Debtors, their estates, and all parties in interest would be best served by joint administration of the above-captioned cases.

11.

Therefore, the Debtors propose that the following activities be joined for administration purposes only:

> a. one disclosure statement and plan of reorganization may be filed for the Debtors' cases by the Debtors' and, if exclusivity is terminated any other plan proponent;

3

 b. parties may request joint hearings on matters pending in any of the Debtors' cases;

 c. a single docket shall be kept by the Clerk, with separate claims registers for each of the Debtors' cases;

 d. maintenance of one file for all pleadings in the Debtors' cases; and

 e. the option of Debtors' to file joint monthly operating reports.

## IV. **NOTICE**

12.

Notice of this Motion has been provided to any official committees appointed in these cases or if no such committee has been formed, then the twenty largest unsecured creditors for the Debtors on a consolidated basis, the Office of the United States Trustee, Celtic Capital Corporation and its counsel, Charles E. Milner, Jr. and its counsel, the Internal Revenue Service and other governmental agencies required to receive notice under Bankruptcy Rule 2002(j); collectively; the entity against whom relief is sought and its counsel, if known; parties claiming an interest in the affected property or whose interests are directly affected by the Motion; those persons or entities who formally appear and request service in these proceedings pursuant to Bankruptcy Rule 2002(g); and all persons and entities on whom the Court has ordered notice. The Debtors submit that no other further notice need be provided.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and granting such other and further relief as is just and equitable.

Respectfully submitted,

**ADAMS AND REESE LLP**


By: _/s/ Robin B. Cheatham_
    Robin B. Cheatham (#4004)
    Scott R. Cheatham (#31658)
    701 Poydras Street, Suite 4500
    New Orleans, LA 70139
    Telephone: (504) 581-3234
    Facsimile: (504) 566-0210
    *__Proposed Attorneys for the Debtors__*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing Motion for Joint Administration has been forwarded to the parties listed on the attached mailing matrix via first class mail, postage prepaid, and/or to other parties as requested via electronic file by the Clerk of the Court on this 4th day of September, 2019:

- Robin B. Cheatham    cheathamrb@arlaw.com, vicki.owens@arlaw.com;mary.cuenca@arlaw.com
- Office of the U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov

                                                           */s/ Robin B. Cheatham*
                                                           ROBIN B. CHEATHAM

| | | |
|---|---|---|
| Label Matrix for local noticing<br>053L-2<br>Case 19-12366<br>Eastern District of Louisiana<br>New Orleans<br>Wed Sep  4 16:03:54 CDT 2019 | Dominion Group, LLC<br>635 Highlandia Avenue, Suite A<br>Baton Rouge, LA 70810-5911 | United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B-601<br>New Orleans, LA 70130-3319 |
| American Commercial Barge Line<br>Attention:  Sam Williams<br>P. O. Box 610<br>Jeffersonville, IN 47131-0610 | American Rigging<br>555 Choctaw Dr<br>Baton Rouge, LA 70805-7689 | Ardaman & Associates<br>316 Highlandia Dr.<br>Baton Rouge, LA 70810-5904 |
| Associated Builders and Constractors<br>19251 Highland Road<br>Baton Rouge, LA 70809-6122 | BXS Insurance<br>P. O. Box 3809<br>Baton Rouge, LA 70821-3809 | Baton Rouge Business Report<br>9029 Jefferson Highway Suite 300<br>Baton Rouge, LA 70809-2417 |
| (p)BLUE CROSS BLUE SHIELD OF LOUISIANA<br>P O BOX 98029<br>BATON ROUGE LA 70898-9029 | Bottom Line Equipment LLC<br>P. O. Box  81217<br>Lafayette, LA 70598-1217 | Bowser Morner<br>P. O. Box 51<br>Dayton, OH 45401-0051 |
| Breazeale, Sachse & Wilson, LLC<br>Twenty-Third Floor<br>One American Place<br>P. O. Box 3197<br>Baton Rouge, LA 70821-3197 | Businelle Towing Corporation<br>28805 Intracoastal Road<br>Plaquemine, LA 70764-5810 | CAT Commercial Account<br>P. O. Box 978595<br>Dallas, TX 75397-8595 |
| CEMUS<br>1210 Airline Hwy<br>Baton Rouge, LA 70805 | CGB-Waterfront Marine Services<br>23476 Network Place<br>Chicago, IL 60673-1234 | Cape Quarry, LLC<br>635 Highlandia Ave, Suite A<br>Baton Rouge, LA 70810-5911 |
| Cargo Carriers<br>P. O. Box 5608<br>Minneapolis, MN 55440-5608 | Celtic Capital Corporation<br>23622 Calabasas Rd., Suite 323<br>Calabasas, CA 91302-1594 | Construction Aggregate Supply<br>Luhr Bros, Inc.<br>P. O. Box 50<br>Columbia, IL 62236-0050 |
| Cooper Consolidated, LLC<br>28586 Network Place<br>Chicago, IL 60673-1285 | Corrents Trucking<br>2600-2798 American Way<br>Port Allen, LA 70767 | Dennis Stewart<br>P. O. Box 78069<br>Baton Rouge, LA 70837-8069 |
| Donahue Patrick & Scott, PLLC<br>450 Laurel Street, Suite 1600<br>Baton Rouge, LA 70801-1817 | Downtown Duplicating, LLC<br>1445 Main street<br>Baton Rouge, LA 70802-4664 | Ed Prejean<br>1222 E. Cornerview St.<br>Gonzales, LA 70737-3003 |
| FMT<br>P. O. Box 203351<br>Dallas, TX 75320-3351 | Favor Trucking, LLC<br>through its registered agent<br>Lewis Wallace<br>24644 Cook Rd. OFC<br>Slaughter, LA 70777-9706 | Fed Ex<br>through its registered agent<br>C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378 |

| | | |
|---|---|---|
| First Insurance Funding<br>P. O. Box 7000<br>Carol Stream, IL 60197-7000 | Gaubert Oil Co.<br>P. O. Box 310<br>Thibodaux, LA 70302-0310 | Gavillon Agriculture, LLC<br>1331 Capitol Avenue<br>Omaha, NE 68102-1196 |
| Harry Robert Insurance<br>725 E. Cornerview St.<br>Gonzales, LA 70737-3501 | Integrity Black Lake<br>P. O. Box 9605<br>Corpus Christi, TX 78469-9605 | JRC Marine LLC<br>318 Honeysuckle Vine Dr.<br>Richmond, TX 77469-5041 |
| Joe William Cline, III<br>16139 Feliciana Avenue<br>Prairieville, LA 70769-3079 | John Credit Inc.<br>John Deere Financial<br>P. O. Box 650215<br>Dallas, TX 75265-0215 | LH Concrete Services<br>1004 Parent Street<br>New Roads, LA 70760-2828 |
| Lord & Winter<br>David Winter<br>1720 Nottingham Place<br>Nashville, TN 37221-3630 | Louisiana Department of Revenue<br>617 North Third Street<br>Baton Rouge, LA 70802-5432 | Louisiana Marine Operators, LLC<br>2302 E. Main St.<br>Broussard, LA 70518-6019 |
| Louisiana Workforce Commission<br>1001 N 23rd Street<br>Baton Rouge, LA 70802-3338 | Mike Yglesias<br>10444 Greenwell Springs<br>Baton Rouge, LA 70814-5005 | Morel G. Lemoine Distributors, Inc.<br>1932 Hospital Rd<br>New Roads, LA 70760-3911 |
| Pelican View Properties<br>through its registered agent<br>Lori Encalade<br>635 Highlandia Drive<br>Baton Rouge, LA 70810-5911 | Postlethawaite & Netterville, APAC<br>8550 United Plaza<br>Baton Rouge, LA 70809-2256 | Siboney<br>1450 Centrepark Blvd, Suite 100<br>West Palm Beach, FL 33401-7430 |
| St. Gabriel Hardware<br>2045 Highway 30<br>Saint Gabriel, LA 70776-5324 | System Scale Corporation<br>P. O. Box 733482<br>Dallas, TX 75373-3482 | Tricon Steamship Agency, Inc.<br>226 Eastbank Dr. Suite A<br>Gonzales, LA 70737-4840 |
| Wesley David Robert<br>7355 Woodstock Drive<br>Baton Rouge, LA 70809-1137 | Office of the U.S. Trustee<br>400 Poydras Street<br>Suite 2110<br>New Orleans, LA 70130-3238 | |