# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>DOMINION GROUP, LLC<br><br>Debtors | CASE NO. 19-12366<br><br>CHAPTER 11<br><br>SECTION "B" |

## U. S. TRUSTEE'S LIMITED OBJECTION TO THE APPLICATION TO EMPLOY ROBIN B. CHEATHAM AND THE FIRM OF ADAMS AND REESE LLP

NOW INTO COURT comes David W. Asbach, Acting United States Trustee for Region 5 (hereinafter "UST"), by and through undersigned counsel, and files this limited objection to the Application to Employ Robin B. Cheatham and the firm of Adams and Reese, LLP, as follows:

### JURISDICTION

1. The Court has jurisdiction over this matter under 28 U.S.C. §§1334 and 157. This is a core proceeding under 28 U.S.C. §157(b) (2).

### FACTS

2. Dominion Group, LLC filed a voluntary Chapter 11 petition on September 3, 2019.

3. On September 4, 2019, Robin B. Cheatham and the law firm of Adams and Reese, LLP filed an application to be employed as counsel for the Debtor . [Dkt. 4].

4. The Application recites that counsel will be paid the following fees:

> Robin B. Cheatham $575.00/hour
> Lisa M. Hedrick $500.00/hr.
> Scott B. Cheatham $475.00/hour.

5. The U.S. Trustee objects to the hourly rate to the extent that it exceeds the top hourly rate approved by this Court to date of $475.00 per hour.

6. Additionally, counsel has requested that it also be employed in the related case of Cape Quarry, LLC and that the cases be jointly administered. The U.S. Trustee has no objection to joint administration, but notes that since substantive consolidation has not been requested or approved, counsel should keep separate time records in each case and file separate fee applications in each case.

7. To date, bankruptcy schedules and a statement of financial affairs has not been provided. The U.S. Trustee reserves the right to raise any issue that may arise regarding lack of disinterestedness or conflicts once complete documents are filed in the case.

**WHEREFORE**, the United States Trustee respectfully requests that the Court deem this limited objection good and sufficient, and additionally requests all other and further relief as the Court deems appropriate.

Respectfully submitted,

DAVID W. ASBACH
Acting United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

by: *s/Mary Langston (22818)*
Asst. U.S. Trustee
Office of the U.S. Trustee
400 Poydras Street, Suite 2110
New Orleans, LA 70130
Telephone no. (504) 589-4018

: