UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | BANKRUPTCY NO. |
| ***DOMINION GROUP, LLC***[1] | 19-12366 "A" |
| *Jointly Administered with* | |
| ***CAPE QUARRY, LLC*** | 19-12367 "A" |
| DEBTORS | CHAPTER 11 |

### ORDER CONTINUING HEARING ON APPROVAL OF DISCLOSURE STATEMENT

The Court conducted a Status Conference in this bankruptcy case on September 1, 2020.

Participating telephonically were:

**Douglas S. Draper**, Counsel for Debtor;
**Matthew L. Pepper**, Counsel for Quarry Aggregates, LLC;
**Patrick S. Garrity**, Counsel for the Unsecured Creditors Committee of Cape Quarry, LLC;
**Lois M. Phillips**, Counsel for Charles E. Milner;
**Michael Nooner**, Counsel for LA Marine Operators;
**Michael Rubenstein**, Counsel for Keizer Financial LLC;
**Glenn K. Schreiber**, Counsel for Mine Safety and Health Administration;
**H. Kent Aguillard**, Counsel for Celtic Capital;
**Mary S. Langston,** Assistant U.S. Trustee, Office of the U.S. Trustee; and
**Glen Cruz and Judy Lukefahr**, Former Employees of Debtor

As a result of the conference,

**IT IS ORDERED** that any Amended Disclosure Statement(s) and Chapter 11 Plan(s) are to be filed not later than **5:00 p.m., on September 8, 2020**. Objections to the disclosure statement(s) are to be filed not later than **5:00 p.m., on September 17, 2020.**

---

[1] An order directing joint administration of the chapter 11 bankruptcy case of Dominion Group, LLC, as lead case, with the chapter 11 bankruptcy case of affiliated debtor, Cape Quarry, LLC, Case No 19-12367, was entered on or about October 2, 2019.

**IT IS FURTHER ORDERED** that hearing on approval of the Amended Disclosure Statement(s) and any Objections thereto, will be held on **WEDNESDAY, SEPTEMBER 23, 2020 at 3:00 P.M.** The hearing will be held telephonically and the parties shall dial in at 1(888) 684-8852, Access Code: 9318283.

New Orleans, Louisiana, September 1, 2020.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE